ACCEPTED
15-25-00180-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/7/2025 11:17 AM
CHRISTOPHER A. PRINE
CLERK

15-25-00180-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/7/2025 11:17:59 AM
CHRISTOPHER A. PRINE
Clerk

ROSALINDA E. ROMERO,
Plaintiff-Appellant,

v.

TEXAS PERMANENT SCHOOL FUND CORP.
Defendant-Appellee.

On Appeal from the 98th Judicial District Court, Travis County, Texas
Trial Court Cause No. : D-1-GN-24-009170

APPELLANT'S UNOPPOSED MOTION FOR EXTENSION
OF DEADLINE TO FILE APPELLANT'S BRIEF

John F. Melton
Email: jmelton@jfmeltonlaw.com
State Bar No. 24013155
THE MELTON LAW FIRM, P.L.L.C.
6001 Bold Ruler Way, Suite 100
Austin, Texas 78746
(512) 633-9059 Telephone
ATTORNEY FOR APPELLANT

TO THE HONORABLE JUSTICES OF SAID COURT AND THE COURT CLERK:

COME NOW, Appellant Rosalinda E. Romero, and hereby files this Unopposed Motion for Extension of Deadline to File Appellant's Brief, and would respectfully show the Court as follows:

The clerk's record in this case was filed September 5, 2025.

The Appellee filed its Motion to Transfer Appeal to the Fifteenth Court of Appeals on August 20, 2025. The Appellant filed her Response to Appellee's Motion to Transfer Appeal to the Fifteenth Court of Appeals on September 2, 2025, and the Appellee filed its Reply on September 5, 2025. On October 28, 2025, the Third Court of Appeals issued its Order and Memorandum Opinion transferring this appeal to the Fifteenth Court of Appeals.

On October 28, 2025, the undersigned received the Fifteenth Court of Appeals notice stating that the Appellant's brief was due on October 6, 2025.

Appellant is requesting a twenty three (27) day extension requesting that the deadline be extended to November 26, 2025. This is the first request for an extension.

Counsel for Appellant has had numerous hearings and responses to motions the past several weeks, and needs additional time to prepare Appellant's Brief.

In addition, Appellant was unclear which Court the brief would be filed in and did not have this Court's cause number until very recently. Appellant never received

notice from the Third Court of Appeals that a brief was due and Appellant was waiting on the filing of a reporters record before filing a brief. Appellant has now recently been informed that a reporters record does not exist. As such, Appellant was unaware that a brief was due and had even checked the Third Court of Appeals website which did not indicate a brief was due.

This request for extension of time is not being made for purpose of delay, but so that justice may be done.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court extend the deadline to file Appellant's Brief until November 26, 2025.

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has contacted counsel for Appellee who has stated that he is unopposed to this motion.

*/s/ John F. Melton*
John F. Melton

Respectfully submitted,

The Melton Law Firm, P.L.L.C.
6001 Bold Ruler Way, Suite 100
Austin, Texas 78746
(512) 633-9059 Telephone

*/s/ John F. Melton*
John F. Melton
EMAIL: jmelton@jfmeltonlaw.com
State Bar No. 24013155
ATTORNEYS FOR APPELLANT

## <u>CERTIFICATE OF SERVICE</u>

By my signature below, I hereby certify that a true and correct copy of the foregoing document has been served on all parties of record **Via Email** on this 7th day of November, 2025, addressed as follows:

email: dschlottman@jw.com
David Schlottman
Jackson Walker, LLP
2323 Ross, Suite 600
Dallas, Texas 75201
COUNSEL FOR APPELLEE

*/s/ John F. Melton*
John F. Melton

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Melton
Bar No. 24013155
jmelton@meltonkumler.com
Envelope ID: 107795523
Filing Code Description: Motion
Filing Description: Motion for Emergency Relief - Romero
Status as of 11/7/2025 11:30 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Schlottman | 24083807 | dschlottman@jw.com | 11/7/2025 11:17:59 AM | SENT |
| Lauren Vogel | 24114574 | lvogel@jw.com | 11/7/2025 11:17:59 AM | SENT |
| Paige Densman | | paige@jfmeltonlaw.com | 11/7/2025 11:17:59 AM | SENT |
| John Melton | | jmelton@jfmeltonlaw.com | 11/7/2025 11:17:59 AM | SENT |